IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WRECKER WORKS, LLC, and                                                          PLAINTIFFS
STEPHANIE THOMPSON

V.                                                                    CAUSE NO. 1:16-CV-117-SA-DAS

CITY OF ABERDEEN, MISSISSIPPI, and
HENRY RANDLE                                                                      DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendants' Motion for Summary Judgment [57] is GRANTED, and all claims are DISMISSED with prejudice. This CASE is CLOSED.

IT IS SO ORDERED on this, the 14th day of November, 2017.

                                                                                     /s/ Sharion Aycock
                                                                  UNITED STATES DISTRICT JUDGE